PERCY HiLL
_Name and Prisoner/Booking Number_

MOHAVE County Adult deteNtioN FAcility
_Place of Confinement_

501 WEST HiGHWAY 66
_Mailing Address_

KiNGMAN, AZ 86401
_City, State, Zip Code_

(Failure to notify the Court of your change of address may result in dismissal of this action.)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE __LRCivP 5.4__
                        (Rule Number/Section)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

PERCY HiLL
_(Full Name of Plaintiff)_                Plaintiff,

vs.

(1) DON BiSCHOFF   Individually
_(Full Name of Defendant)_

(2) OFFICER GiLLASPiE J705
                        Individually

(3) OFFICER RAMSAY  662
                        Individually

(4) OFFICER HULL    729
                        Individually
                        Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV20-08130-PCT-SPL--MTM**
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
TRiAL BY JURY

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

**A. JURISDICTION**

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: MoHAve county Adult deteNtioN FAcility
                                                    KiNGMAN, AZ

Revised 5/1/2013                          1                          **550/555**

PAGE A1

DEFENDANT'S

(5) WELLPATH

(6) M.C.A.D.F   (MOHAVE COUNTY ADULT DETENTION FACILITY)

(7) COWEN
        INDIVIDUALLY

## B. DEFENDANTS

1. Name of first Defendant: DON BISCHOFF ___. The first Defendant is employed as:
   JAIL COMMANDER ___ at MOHAVE County Adult detention Facility
   (Position and Title) ___ (Institution)

2. Name of second Defendant: OFFICER GILLASPIE J705 The second Defendant is employed as:
   DISCIPLINARY OFFICER ___ at M.C.A.D.F
   (Position and Title) ___ (Institution)

3. Name of third Defendant: OFFICER RAMSAY ___. The third Defendant is employed as:
   FLOOR OFFICER ___ at M.C.A.D.F
   (Position and Title) ___ (Institution)

4. Name of fourth Defendant: OFFICER HULL 729 ___. The fourth Defendant is employed as:
   GRIEVANCE OFFICER ___ at M.C.A.D.F
   (Position and Title) ___ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? ___.  Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: PERCY HILL ___ v. OFFICER DELGATO ___
      2. Court and case number: ___
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)___

   b. Second prior lawsuit:
      1. Parties: PERCY HILL ___ v. SCHUSTER ___
      2. Court and case number: ___
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)___

   c. Third prior lawsuit:
      1. Parties: PERCY HILL ___ v. Rita GALLANT ___
      2. Court and case number: ___
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)___

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

# B. DEFENDANTS

(5) NAME OF FIFTH DEFENDANT ___WELLPATH___ .
THE FIFTH DEFENDANT IS EMPLOYED AS:
___MEDICAL CARE PROVIDER___ AT ___MCADF___

(6) NAME OF SIXTH DEFENDANT ___MCADF MOHAVE COUNTY
Adult DETENTION FACILITY.___ THE SIXTH DEFENDANT
IS EMPLOYED AS: ___PRETRIAL DETENTION FACILITY___ .

(7) NAME OF SEVENTH DEFENDANT ___COWEN___ .
THE SEVENTH DEFENDANT IS EMPLOYED AS: ___
LAW LIBRARIAN AT MCADF___ .

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _4th, 5th, 6th, 8th,_ _14th Amendments_

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.

☒ Basic necessities          ☒ Mail              ☒ Access to the court      ☐ Medical care
☒ Disciplinary proceedings   ☒ Property          ☐ Exercise of religion     ☒ Retaliation
☒ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_JAIL COMMANDER BISCHOFF WAS MADE FULLY AWARE by INMATE HILL that He is being WRONGFULLY Retaliated UPON BY SUBORDINATE OFFICER RAMSEY INMATE HILL HAD GIVEN OUT legal Advice To THREE other INMATES THAT OFFICER RAMSEY HAD INSULTED AND HAD physically Hurt. ① OFFICER RAMSEY STATED "It Smells like SEAMEN in Here" He Stated this To the H-Pod INMATES, Then later He Stated ② "WHAT ARE you watching THAT GAY ASS SHIT FOR" This Concerned KoBi BRYANT MEMORIAL, which He Stated to the Pod. ③ Then He told AN INMATE the next DAY ON 3-28-20 to stand ON Another INMATES Shoulder to turn on the T.V. to Which the INMATE did SO then Fell AND WAS Hurt. INMATE HILL Helped these INMATES WRITE GRIEVANCES because they ASKED him to AS INMATE HILL WAS A PRO-SE LEGAL INMATE. Then OFFICER RAMSEY Retaliated ON INMATE HILL AND WROTE Him A FALSE Rule Violation DIScIPLINARY Report. Commander BISCHOFF IS FULLY AWARE THAT NO Rule Violation OCcURED by INMATE HILL, yet BACKed OFFICER RAMSEY UP IN Retaliating ON INMATE HILL WITH FALSE Rule Violations AND REMOVING INMATE HILL FROM the Pod IN TRANSFER to ANOther Pod And No Phone ACCESS, and_

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

_FALSELY ACCUSED OF WRONG doing, Retaliated AGAINST FOR utiliZING the INMATE GRIEVANCE SYSTEM, Restricted From phone ACCESS, Removed From Housing UNIT previleges to Highter Custody Housing, And legal property Stolen, ultimately Assaulted_

5. Administrative Remedies: _BY OTHER INMATES IN Highter Custody_

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                     ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Count I?                 ☒ Yes   ☐ No

   c. Did you appeal your request for relief on Count I to the highest level?        ☒ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_Look legal property At HAASGC,_

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 4th, 5th, 6th, 8th, 14th, Amendments Violated

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.

   ☒ Basic necessities    ☒ Mail    ☒ Access to the court    ☐ Medical care
   ☒ Disciplinary proceedings    ☒ Property    ☐ Exercise of religion    ☒ Retaliation
   ☒ Excessive force by an officer    ☒ Threat to safety    ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Officer Gillaspie was made fully aware of the retaliation upon Inmate Hill by subordinate staff, such as Officer Ramsey writing up Inmate Hill for sitting on a blanket in the Dayroom. Falsifying a Displinary Report stating Inmate Hill violated multiple Rule Violations for simply sitting on another Inmates Blanket which Inmate Hill was Authorized to do so by its owner. Inmate Hill did not deprive or dispossess other inmate of his property. He simply sat on the Blanket because he was Authorized to by the owner of the blanket in a communal Area of a Dayroom. Officer Gillaspie Covered up Officer Ramsey's Retaliation on Percy Hill for giving out legal advice and filing a Grievance on Officer Ramsay and having percy Hill lose his lower custody status had steal legal property, which jeopardizes access to the court.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Loss of lower custody status, loss of legal property, loss of phone previlages, falsly accused of a non-Rule Violation, Retaliation for using the Grievance system.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

COUNT III          4th 5th 6th

1.  State the constitutional or other federal civil right that was violated: _____
8th 14th Amendments Violated

2.  Count III. Identify the issue involved. Check only one. State additional issues in separate counts.
☒ Basic necessities            ☐ Mail                    ☒ Access to the court      ☐ Medical care
☒ Disciplinary proceedings     ☒ Property                ☐ Exercise of religion     ☒ Retaliation
☐ Excessive force by an officer ☒ Threat to safety       ☐ Other: _____

3.  Supporting Facts. State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

OFFICER RAMSAY Retaliated ON PERCY HILL For Giving legal Advice to other INMATES At MCADF WHO Asked Percy Hill For that legal Advice For Officer RAMSAY Stating ① "It Smells like Semmen In Here". He Stated this to the entire H-Pod Population Then Stated ② WHAT Are you watching that GAY ASS Shit For", This concerned Kobi BRYANT memorial, Then the Very Next DAY ON 3-28-20 He Stated ③ Go Ahead And Stand on the other Inmates shoulder to tired on the TV, which the Inmate did then ON his way down Fell and hurt himself. I Gave legal Advice Because these three seperate INMATES ASKED me For it becAuse I WAS PRO-PER, Officer RAMSAY Got Upset over this then wrote me A FALSE Rule violation report For Sitting on Another INMATES Blanket in the DAyroom which I was Given permission to do So by the Inmate who owned the Blanket, I Committed No Rule Violation AS there is No Rule Violation For Sitting ON Another INMATES Blanket in A communAL DAyroom; I Did NOT possess the other Inmate OF his property As the FALSE Rule violation clAims.

4.  Injury. State how you were injured by the actions or inactions of the Defendant(s).
FALSE Reporting, FAlsely Accusement, Retaliation on my Personal For utilizing The Authorized GRIEVANCE System Removed From low Custody open dorm living, put on phone Restriction, Stole legal work, Denying Access to Court.

5.  Administrative Remedies. Putting me on single Cell.
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count III?                      ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?            ☒ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

# Count IV

1. State the Constitutional on other Federal Civil Rights that was violated. 4th 5th 6th 8th 14th Amendments violated.

2. Count IV identify the issue involved.
   ☒ Basic necessities      ☒ Property      ☒ Access to Courts
   ☒ Disciplinary proceedings   ☒ Threat to Safety   ☒ Retaliation

3. Supporting Facts
   Officer Hull The initial Grievance officer was intimately aware of officer Ramsays inappropriate behavior and turned on me for helping other inmates grievance officer Ramsay for his behavior. Officer Hull was full aware that I did nothing wrong by helping the inmates file grievances. He also was fully aware that I committed no rule violation but still had me found guilty of manipulated rule violations that I never committed.

4. Injury.
   Officer Hull injured me by conspiring to cover up officer Ramsays false report of rule violations against Mr. Hill And having me removed from my low custody dorm living put on phone restriction. During move from low custody pad to high custody pad my legal work, police report and motions and affidavits of facts came up missing as moving officers refused to let me take with me my legal property And I was pro-per.

5. Administrative Remedies. YES I utilized all Administrative Remedies.

PAGE 7

# COUNT FIVE

## D. CAUSE OF ACTION

COUNT **V**          5th 6th 8th

1. State the constitutional or other federal civil right that was violated: _____
14th Amendments

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
   - [X] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [X] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: BASIC CARE

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
ON 2-25-20 I BROKE MY HAND PLAYING HANDBALL, I WAS NEVER GIVEN X-RAY FOR OVER A MONTH, MY HAND HEALED IN A MALFORMED POSITION, AND I CANNOT CLOSE IT OR OPEN IT ALL THE WAY, AFTER THE X-RAY THEY TOLD ME THAT MY HAND WAS ALREADY HEALED INTO IT'S NEW POSITION AND WOULD HAVE TO REBREAK IT TO FIX IT.
SINCE IVE BEEN AT MCADF THE MEDICAL DEPARTMENT HAS IGNORED ALL OF MY CHRONIC CARE, MY BACK PAIN, NECK PAIN, KNEE PAIN, IT'S HARD FOR ME TO SLEEP DUE TO THE PAIN, I HAVE PINS AND SCREWS IN MY LEFT FOOT WITH CALCANUS HEEL RECONSTRUCTION, AND METATARSAL BREAKS IN FRONT FOOT, THEY REFUSE TO GIVE ME SUPPORTIVE FOOT WARE MAKE ME WEAR SANDALS.
I HAVE HAD EXTREME ABDOMINAL PAIN FOR OVER A MONTH WITHOUT GETTING ANY CARE TO FIND OUT THE PROBLEM.
COMPLETE APATHY OF MEDICAL CONCERNS, ALSO I AM BEING CHARGED $10.00°° A DOCTOR VISIT AND $10.00°° MEDICATION PRESCRIPTION ORDERS WHEN I'M A PRETRIAL INMATE, AGAINST MY WILL.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
PAIN AND SUFFERING, SLEEPLESSNESS CAUSE OF PAIN, BONES HEALED IMPROPERLY.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Count I? [X] Yes [ ] No
   c. Did you appeal your request for relief on Count I to the highest level? [X] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

■ PAGE 7

# Count VI

1. STATE the CoNStitutioNAL OR other FEDERAL Right that WAS ViolAted. 4th, 5th, 6th, 8th, 14th, AmeNdments ViolAted.

2. CouNt V, IDeNtify THE ISSUE INVOLVED.

☒ BASIC NecessAries  ☒ PROPERTY  ☒ ACCESS to CouRts

☒ DiscipliNARy proceediNgs  ☒ THReat to SAfety  ☒ RETAliAtioN

3. SuppoRtiNg FActs.

I WAS TWice MoVed to HigHeR secuRity HousiNg uNits FOR RETAliAtioN FoR usiNg the GRievaNce SyStem, oN 5-12-20 I WAS CAlled dowN to bookiNg where to MAke A FoRmAL cHARge upoN OFFiceR DELgAto FoR his ASSAult upoN me oN 12-2-19, which was cAptured oN secuRity CouNt CAmeRA. TheN oN 5-14-20 withiN 48 houRs OF My FiliNg cHARges upoN OFFICER DELgAto I WAS AttAcked by Three INmates FoR FiliNg A police REpoRt oN ANotheR PERSON, which I WAS deemed A SNitch FoR GoiNg to bookiNg ANd FiliNg A CHARge, REgARdless that it was The oFFiceR that AttAcked me iN CouNt. THE ASSAult was cAptured oN secuRity CAmeRA iN MCADF.

4. INJuRy. I WAS INJuRed EVeRy where, I was Kicked iN My HeAd, HAVe SpiNNig VisioN wheN I moVe, Blood iN My uRiNe, I WAS told to wAlk to medicAl which I Refused to do, I HAVe BLAckeye, muItiple CoNtusioNs, ScRApes oVeR HeAd ANd body ANd My stomacH is SeRiouSly upSet, I doNt KNow what it is, I WAS plAced iN SegRegAtioN ANd treAted AS the PeRpetRAtoR oF The ASSAult becAuse I PRotected my self AgAiNSt muItiple iNmates by throwiNg A troy At them to Stop the ASSAult.

5. AdmiNistrative Remedies. YES

COUNT ~~II~~ VII    5 th    6 th    8 th

1. State the constitutional or other federal civil right that was violated:

14 th Amendments

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.

☒ Basic necessities   ☐ Mail   ☒ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. COWEN IS EMPLOYED AT MCADF IN THE CAPACITY AS THE LAW LIBRARIAN. SHE IS ALSO EMPLOYED AS A DETENTION OFFICER WITH CLERICAL TRAINING. THIS IS AN INHERENT CONFLICT OF INTEREST. COWENS GUIDELINES FOR LAW LIBRARY IS: NO PHYSICAL ACCESS TO LAW LIBRARY. DEFENDANT IS REQUIRED TO REQUEST CASELAW OVER A PHONE AND IS REQUIRED TO FIRST SUPPLY ALL THE RELEVANT STATUTES, CITATIONS, CODES, RULES OF CASELAW TO RECEIVE ANY APPLICABLE CASELAW IN RETURN FROM LAW LIBRARIAN COWEN. THIS OF COURSE IS IMPOSSIBLE TO DO WITHOUT HAVING ACCESS TO A LAW LIBRARY TO SHEPARDIZE CASELAW, OR PERUSE CASELAW TO DETERMINE WHAT IS APPLICABLE TO THE DEFENDANTS CASE. THIS CREATES A DENIAL TO ACCESS THE COURT. IN MY CASE I WAS PRO-PER AND COULD NOT BUILD ANY RELEVANT DEFENCE TO MY CASE BECAUSE OF THE RESTRICTIONS SET BY LAW LIBRARIAN COWEN. COWEN ALSO REFUSES TO MAKE ANY COPIES OF CIVIL LITIGATION, OR TO MAKE COPIES OF CRIMINAL LEGAL WORK, TELLING DEFENDANT TO MAKE HAND WRITTEN COPIES, WHICH IS OVERLY BURDENOUS AND IMPOSSIBLE TO DO.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
IMPOSSIBLE TO PROPERLY DEFEND ONESELF IN A COURT OF LAW. DENYING ACCESS TO THE COURT.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

To Have the Involved officers Repremanded, Held Accountable for their collective Roles for their Retaliatory Actions To Have Them PAY court costs. To Have them PAY punitive Damages and compensatory Damages to Be Determined At the time OF trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-29-20
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# Attention Court Clerk / Judge

Litigant is incarcerated at M.C.A.D.F "Mohave County Adult Detention Facility" and is denied the right to have any copy of civil suit by Law Librarian Cowen, who tells litigant to make hand copies.

This is impossible for litigant to do, please send a copy back of this civil suit so that litigant can have a copy of suit for his own record,

Thank you

Sincerely

Amy Hill

Dated 5-30-20